**FILED**

December 9, 2005
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,      )
                               )
              Plaintiff,       )
                               )
v.                             )
                               )
Joshua Earl Jackson,           )
                               )
              Defendant.       )

Case No. 2:05-mj-352 KJM

ORDER FOR RELEASE OF
PERSON IN CUSTODY

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release Joshua Earl Jackson  Case No. 2:05-mj-352

KJM from custody subject to the conditions contained in the attached "Notice to Defendant Being

Released" and for the following reasons:

    _____   Release on Personal Recognizance

    _____   Bail Posted in the Sum of _____

      X   $40,000 Unsecured Appearance Bond

    _____   Appearance Bond with 10% Deposit

    _____   Appearance Bond secured by Real Property

    _____   Corporate Surety Bail Bond

      X   (Other) PTS conditions/supervision

Issued at Sacramento, CA  on December 9, 2005  at 2:42 p.m.

By _____

Kimberly J. Mueller
United States Magistrate Judge