```
MCGREGOR W. SCOTT
United States Attorney
MATTHEW D. SEGAL
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2708
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. MAG 05-352 KJM |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER TO |
| v. ) | EXTEND TIME FOR PRELIMINARY |
| ) | EXAMINATION AND EXCLUDE TIME |
| ) | |
| JOSHUA EARL JACKSON, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

The parties agree that time beginning December 28, 2005 and extending through January 19, 2005 should be excluded from the calculation of time under the Speedy Trial Act. Further, the Defendant consents to an extension of the time for preliminary examination until January 19, 2005. Fed. R. Crim. P. 5.1(d). The parties submit that the ends of justice are served by the Court excluding such time, so that they may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(8)(B)(iv). In particular, the time is required so that the government and defense may study the facts of this case, and evaluate a possible pre-indictment disposition. The parties submit that this

1

1 interest of justice outweighs the interest of the public and the
2 defendant in a speedy filing of an indictment or information, in
3 accordance with Title 18, United States Code, § 3161(b) and
4 (h)(8)(A), and further that this good cause outweighs the
5 public's interest in the prompt disposition of criminal cases, in
6 accordance with Fed.R.Crim.P. 5(d).
7    The parties further request that this matter be taken off
8 calendar until January 19, 2005, or such time as either party may
9 request a hearing for a purpose other than preliminary
10 examination.

                                    Respectfully Submitted,

                                    McGREGOR W. SCOTT
                                    United States Attorney

DATE: December 27, 2005        By:  /s/ Matt Segal
                                    MATTHEW D. SEGAL
                                    Assistant U.S. Attorney


DATE: December 27, 2005             /s/ Ned Smock
                                    NED SMOCK
                                    Counsel for Joshua E. Jackson

**ORDER**

The parties' stipulation is approved, and time excluded from December 28, 2005 to January 19, 2006 under local code T4 for the reasons set forth in the stipulation.  The preliminary examination currently set for December 29, 2005 at 2 p.m. is continued to January 19, 2006 at 2 p.m.

DATED:  December 27, 2005.

_____
UNITED STATES MAGISTRATE JUDGE